IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| CANAL INSURANCE COMPANY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | No. 3:13-CV-00447 |
| MOORE FREIGHT SERVICES, INC., PATTY C. WILSON, individually and as administrator of the ESTATE OF JERRY WILSON, HOSPITALITY PROPERTIES TRUST d/b/a TRAVELCENTERS OF AMERICA, TRAVELCENTERS OF AMERICA, LLC, TRESTON WESLEY HARRIS, EASTBRIDGE TRAILERS, and UTILITY TRAILER MANUFACTURING COMPANY, | ) | |
| Defendants. | ) | |

## STIPULATION

It is hereby stipulated and agreed by and between all counsel of record that:

1) TA Operating LLC is substituted for Hospitality Properties Trust d/b/a Travelcenters of America and Travelcenters of America, LLC.

2) Hospitality Properties Trust d/b/a Travelcenters of America and Travelcenters of America, LLC are dismissed without prejudice from the instant action.

3) It is stipulated that TA Operating LLC operated the truck service facility at the Travelcenters of America site in Lamar, Pennsylvania on October 17, 2011.

6736826-1

4) To correct the identification of the proper party, TA Operating LLC, the parties agree that the caption of record should be changed as follows:

UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF TENNESSEE

Canal Insurance Company,

    Plaintiff,

v.                                 Case No. 3:13-CV-00447

Moore Freight Services, Inc.,
Patty C. Wilson, individually and
As administrator of the Estate of
Jerry Wilson, TA Operating LLC,
Treston Wesley Harris, Eastbridge
Trailers, and Utility Trailer
Manufacturing Company,

    Defendants

                                      Respectfully submitted,

                                      RAINEY, KIZER, REVIERE & BELL, P.L.C.

                 By:    s/ R. Dale Thomas
                           R. DALE THOMAS, #13439
                           Attorney for Plaintiff Canal Insurance Company
                           209 E. Main St.
                           P. O. Box 1147
                           Jackson, TN 38302-1147
                           (731) 423-2414


                                      RAWLE & HENDERSON LLP

                 By:    s/ Melissa R. Knoerzer
                           MAUREEN E. DALEY
                           MELISSA R. KNOERZER
                           Attorneys for TA Operating LLC and Treston
                           Wesley Harris
                           The Widener Building
                           One South Penn Street
                           Philadelphia, PA 19107

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of this pleading or document was served upon counsel for each of the parties by mailing postage prepaid or by delivery to the person or office of such counsel.

Utility Trailer Manufacturing Company
c/o Registered Agent for Service of Process
Paul F. Bennett
17295 E. Railroad St.
City of Industry, CA 91748

Patty C. Wilson, Indiv. and as Admin. of the Estate of Jerry Wilson
1948 Twin Ponds Drives
Hickory, NC 28601

Moore Freight Services, Inc.
c/o Registered Agent for Service of Process
Dan R. Moore
2000 Eastbridge Pkwy.
Mascot, TN 37806-1500

Eastbridge Trailers
c/o Agent for Service of Process
Dan R. Moore or Steve Sparks
2000 Eastbridge Pkwy.
Mascot, TN 37806-1500

This the 3rd day of September, 2013.

           s/ R. Dale Thomas