UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:13-cv-447-TAV-HBG |
| | ) | |
| MOORE FREIGHT SERVICES, INC., | ) | |
| PATTY C. WILSON, individually and | ) | |
| as administrator of the ESTATE OF | ) | |
| JERRY WILSON, TA OPERATING, LLC, | ) | |
| EASTBRIDGE TRAILERS, | ) | |
| MANAC, INC., MANAC TRAILERS USA, INC., | ) | |
| HENDRICKSON, USA, LLC, and | ) | |
| BOLER COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DEFAULT JUDGMENT

Before the Court is Plaintiff Canal Insurance Company's Motion for Default Judgment as to Defendants Moore Freight Services, Inc. ("Moore Freight") and Eastbridge Trailers ("Eastbridge"). With Defendants Moore Freight and Eastbridge having failed to plead or otherwise defend in this action and default having heretofore been entered by the Clerk of this Court for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff's Motion is well-taken and is granted.

**IT IS THEREFORE ORDERED** that, under commercial automobile policy, policy number PIA06396501 (D.E. No. 1-2), Plaintiff Canal Insurance Company does not have a duty to defend or indemnify Defendants Moore Freight Services, Inc. and Eastbridge Trailers for the facts and claims alleged in the lawsuit of Patty C. Wilson, Individually and as Administrator of Estate of Jerry Wilson v. TA Operating LLC, Treston Wesley Harris, Moore Freight Service, Inc., Eastbridge Trailers,

Hendrickson USA, LLC, Manac, Inc., Manac Trailers USA, Inc. and the Boler Compay, United States District Court, Eastern District of Pennsylvania, Case No. 13-1093.

ENTER this the 26th day of August, 2014.

                                                           s/ Thomas A. Varlan  
                                                           CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    s/ Debra C. Poplin  
      CLERK OF COURT