# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| CANAL INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 3:13-cv-00447 |
| | ) |
| MOORE FREIGHT SERVICES, INC., PATTY C. WILSON, individually and as administrator of the ESTATE OF JERRY WILSON, TA OPERATING, LLC, EASTBRIDGE TRAILERS, MANAC, INC., MANAC TRAILERS USA, INC., HENDRICKSON, USA, LLC, and BOLER COMPANY, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Canal Insurance Company, pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves the Court for an Order Granting its Motion for Summary Judgment. In support of its motion, Plaintiff relies upon the Memorandum in Support of Motion for Summary Judgment and the Statement of Undisputed Material Facts filed contemporaneously herewith as well as the entire record in this matter.

    Respectfully submitted,

    RAINEY, KIZER, REVIERE & BELL, P.L.C.

    By:   s/ R. Dale Thomas
         R. DALE THOMAS, #13439
         Attorney for Plaintiff Canal Insurance Company
         209 E. Main St.
         P. O. Box 1147
         Jackson, TN 38302-1147
         (731) 423-2414

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of this pleading or document was served upon counsel for each of the parties by mailing postage prepaid or by delivery to the person or office of such counsel.

Barbara D. Holmes
David P. Canas
Tracy M. Lujan
Harwell, Howard, Hyne, Gabbert, & Manner, P.C.
333 Commerce Street, Suite 1500
Nashville, TN 37201
Attorney for Moore Freight Services, Inc. and Eastbridge Trailers

Mr. Adam D. Wilf
Lundy Law
1635 Market St.
19th Floor
Philadelphia, PA 19103
Attorney for Patty C. Wilson, Indiv. and as Admin. of the Estate of Jerry Wilson

Ms. Maureen E. Daley
Ms. Melissa R. Knoerzer
Rawle & Henderson, LLP
The Widener Bldg.
One South Penn St.
Philadelphia, PA 19107
Attorney for T.A. Operating, LLC
Attorney for Treston W. Harris

Mr. Joshua A. Wolfe
Leitner, Williams, Dooley, & Napolitan, PLLC
180 Market Place Blvd.
Knoxville, TN 37922
Attorney for Manac, Inc., and Manac Trailers USA, Inc.

Mr. Warren E. Voter
J. Michael Kusch
Sweeney & Sheehan, P.C.
19th Floor, 1515 Market Street
Philadelphia, Pennsylvania 19102
Attorney for The Boler Company and Hendrickson USA, LLC

This the 5th day of November, 2014.

                                                                   s/ R. Dale Thomas