UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 3:13-CV-447-TAV-HBG |
| MOORE FREIGHT SERVICES, INC., et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

For the reasons set forth in the memorandum opinion entered contemporaneously with this order, the Court hereby **GRANTS** plaintiff's Motion for Summary Judgment [Doc. 68]. Plaintiff has no duty to defend or indemnify Moore Freight Services, Inc. in civil action case number 2:13-cv-01093 in the United States District Court for the Eastern District of Pennsylvania.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
  s/ *Debra C. Poplin*
 CLERK OF COURT